AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle District_____ District of _____Alabama_____

Randy Nass, individually and as next friend of Madison Nass, a minor and Mason Nass, a minor and as Admin. of the Est. of Elizabeth M. Nass

V.

Frank Morton Langdon, III, and Nationwide Mutual Fire Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV238 WKW

TO: (Name and address of Defendant)

Frank Morton Langdon, III
26 Ama Lane
Haynesville, NC 28904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Henig, Jr.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              3/16/06

CLERK                                           DATE

(By) DEPUTY CLERK

◎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle District_____  District of  _____Alabama_____

Randy Nass, individually and as next friend of
Madison Nass, a minor and Mason Nass, a minor
and as Admin. of the Est. of Elizabeth M. Nass

V.

Frank Morton Langdon, III, and Nationwide
Mutual Fire Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:06cv238-WKW

TO: (Name and address of Defendant)

> Nationwide Mutual Fire Insurance Company
> c/o Commissioner of Insurance
> One Nationwide Plaza
> Columbus, OH  43215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> John A. Henig, Jr.
> Copeland, Franco, Screws & Gill, P.A.
> P.O. Box 347
> Montgomery, AL  36101-0347

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____
CLERK

(By) DEPUTY CLERK

DATE  3/16/06