**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RANDY JOE NASS, individually and as** | \* | |
| **next friend of M. N., a minor and M.N.,** | \* | |
| **a minor and as Administrator of the** | \* | |
| **Estate of ELIZABETH MABRY NASS,** | \* | |
| **deceased,** | \* | |
| | \* | |
|     **PLAINTIFFS,** | \* | **CASE NO. 1:06cv-00238-WKW-VPM** |
| **vs.** | \* | |
| | \* | |
| **FRANK MORTON LANGDON, III,** | \* | |
| **and NATIONWIDE MUTUAL FIRE** | \* | |
| **INSURANCE COMPANY,** | \* | |
| | \* | |
|     **DEFENDANTS.** | \* | |

## REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to *Fed.R.Civ.P.*26(f), the following attorneys conferred on or about April 24, 2006:

    John Alec Henig, Jr., counsel for Plaintiffs.

    R. Rainer Cotter, III, counsel for Defendant Frank Morton Langdon, III.

    Randall Morgan, counsel for Defendant Nationwide Mutual Fire Insurance Company.

    2.    Pre-Discovery Disclosures. The Parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by June 1, 2006.

    3.    Discovery Plan. Discovery will be required on the allegations made in Plaintiff's complaint and the defenses raised in Defendant's answer. The parties jointly propose to the court the following discovery plan:

    a.    All discovery commenced in time to be completed by the pre-trial conference;

    b.    A total of 30 Interrogatories and 30 Requests for Production by the Plaintiff and by each Defendant to any other party.

    c.    A total of 30 Requests for Admission by the Plaintiff and by each Defendant to any other party.

    d.    The parties have agreed to limit depositions to a total of fifteen (15) on behalf of either party except by agreement of the parties or for good cause.

    e.    Each deposition, except for Plaintiff, corporate representative of Defendants, and experts shall be limited to a maximum of 6 hours unless extended by agreement of parties,

    f.    Reports from retained experts under Rule 26(a)(2) due:
From Plaintiff by January 8, 2007.
From Defendant by February 8, 2007.

    g.    The parties agree to supplement discovery pursuant to Rule 26(e).

4. Other items.

    a.    The parties <u>do not request</u> a conference with the court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

    b.    The parties request a pre-trial conference in March 2007.

    c.    Plaintiff should be allowed until October 30, 2006, to join additional parties and until October 30, 2006, to amend pleadings.

    d.    Defendant should be allowed until December 4, 2006, to join additional parties and until December 4, 2006, to amend pleadings.

    e.    All potentially dispositive motions should be filed ninety days before pre-trial conference.

    f.    As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

    g.    Final lists of witnesses under Rule 26(a)(3) should be due:

From Plaintiff by two weeks before pre-trial conference.
From Defendant by two weeks before pre-trial conference.

      h.      Final lists of exhibits under Rule 26(a)(3) should be due 15 days before trial date.

      I.      Parties shall have 10 days after service of final lists of witnesses to list objections under Rule 26(a)(3).

      j.      Parties shall have 7 days after service of exhibit lists to file objections.

The case should be ready for trial by May 14, 2007, and at this time is expected to take approximately two - three days.


   /s/   John Alec Henig, Jr.
John Alec Henig, Jr.
Attorney for Plaintiff
Coeland, Franco, Screws & Gill
P O Box 347
Montgomery, AL 36101-0347
(334) 834-1180
(334) 834-3172 - Fax
henig@copelandfranco.com


   /s/   R. Rainer Cotter, III
R. Rainer Cotter, III
Attorney for Defendant Frank Morton Langdon, III
Marsh, Cotter & Tindol
P O Box 310910
Enterprise, AL 36331-0910
(334) 347-2626
(334) 393-1396 - Fax
rrc@enterpriselawyers.com


   /s/   Randall Morgan
Randall Morgan
Attorney for Defendant Nationwide Mutual Fire Insurance Company
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 S. Perry Street
Montgomery, AL 36104
rmorgan@hillhillcarter.com
(334) 834-7600
(334) 263-5969...FAX