IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY JOE NASS, individually and as next friend of M. N., a minor and M.N., a minor and as Administrator of the Estate of ELIZABETH MABRY NASS, deceased, | * * * * * * |
| PLAINTIFFS, | * |
| vs. | * * |
| FRANK MORTON LANGDON, III, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | * * * * |
| DEFENDANTS. | * |

CASE NO. 1:06cv-00238-WKW-VPM

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

    **PLEASE TAKE NOTICE** that the following discovery documents have been served upon the Plaintiffs on behalf of Defendant Nationwide Mutual Fire :

| | |
|---|---|
| X | Request for Production to Plaintiff Randy Joe Nass Individually. |
| X | First Interrogatories to Plaintiff Randy Joe Nass Individually. |
| X | First Interrogatories to Plaintiff Randy Joe Nass as Next Friend of M.N. (Female) Minor. |
| X | First Request for Production to Plaintiff Randy Joe Nass as Next Friend of M.N. (Female) Minor. |
| X | First Interrogatories to Plaintiff Randy Joe Nass as Next Friend of M.N. (Male) Minor. |
| X | First Request for Production to Plaintiff Randy Joe Nass as Next Friend of M.N. (Male) Minor. |
| X | First Interrogatories to Plaintiff Randy Joe Nass as Administrator of The Estate of Elizabeth Mabry Nass. |
| X | First Request for Production to Plaintiff Randy Joe Nass as Administrator of The Estate of Elizabeth Mabry Nass. |

/s/ *Randall Morgan*
RANDALL MORGAN [8350R70R]
ATTORNEY FOR DEFENDANT NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY

OF COUNSEL:
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - FAX

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was duly served the 23rd day of June, 2006, upon all parties via email and/or U. S. Mail as follows:

| | |
|---|---|
| John Alec Henig, Jr. | R. Rainer Cotter, III |
| Copeland, Franco, Screws & Gill | Marsh, Cotter & Tindol, LLP |
| P O Box 347 | P O Box 310910 |
| Montgomery, AL 36101-0347 | Enterprise, AL 36331-0910 |

/s/ *Randall Morgan*