IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDY JOE NASS, individually and as next friend of M. N., a minor and M.N., a minor and as Administrator of the Estate of ELIZABETH MABRY NASS, deceased, | * * * * * * | |
| PLAINTIFFS, | * | CASE NO. 1:06cv-00238-WKW-VPM |
| vs. | * * | |
| FRANK MORTON LANGDON, III, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | * * * * | |
| DEFENDANTS. | * | |

### DEFENDANT NATIONWIDE MUTUAL FIRE INSURANCE COMPANY'S MOTION TO AMEND

**COMES NOW** the Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, and herewith moves this Court to allow it to amend its Answer by amending certain defenses already asserted and by adding thereto additional affirmative defenses all of which appear on Defendant's First Amended Answer being filed contemporaneously with this motion. Defendant shows unto the Court that this Motion to Amend is timely filed per the Court's Uniform Scheduling Order and that the defenses raised are meritorious.

       /s/ *Randall Morgan*
       RANDALL MORGAN [8350R70R]
       ATTORNEY FOR DEFENDANT NATIONWIDE
       MUTUAL FIRE INSURANCE COMPANY

OF COUNSEL:

**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - FAX

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was duly served this the 18th day of July, 2006, upon all parties via email and/or U. S. Mail through the CM/ECF U.S. Federal Court system as follows:

John Alec Henig, Jr.
Copeland, Franco, Screws & Gill
P O Box 347
Montgomery, AL 36101-0347

Frank Morton Langdon, III
36 Ama Lane
Haynesville, SC 28904

       /s/ *Randall Morgan*