IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY JOE NASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-238-WKW |
| ) | |
| FRANK MORTON LANGDON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendants Nationwide Mutual Fire Insurance Company and Frank Morton Langdon III's Motions to Amend (Docs. # 12 and 14), filed on July 18, 2006, it is hereby ORDERED that the plaintiffs shall show cause on or before August 10, 2006 why this motion should not be granted.

DONE this the 3rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE