**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RANDY JOE NASS, individually and as next friend of MADISON NASS, a minor and MASON NASS, a minor, and as Administrator of the Estate of ELIZABETH MABRY NASS, deceased,** | ) ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | **CASE NO. 1:06-cv-238-WKW** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FRANK MORTON LANGDON, III, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

Comes now the undersigned and files his Notice of Appearance as additional counsel for Plaintiff in the above styled case.   John A. Henig, Jr. will remain as co-counsel for Plaintiff.

s/Robert D. Segall
Robert D. Segall (SEG003)
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL  36101-0347
Telephone:  334-834-1180
Facsimile:  334-834-3172
Email:  Segall@copelandfranco.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **R. Rainer Cotter, III**
  rcotter@snowhill.com connie@enterpriselawyers.com
- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com
- **Randall C. Morgan**
  rmorgan@hillhillcarter.com pferrara@hillhillcarter.com


s/Robert D. Segall
Of counsel