IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY JOE NASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-238-WKW |
| ) | |
| FRANK MORTON LANGDON, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 18, 2006, defendants Nationwide Mutual Fire Insurance Company and Frank Morton Langdon III's filed Motions to Amend their Answers. (Docs. # 12 & 14). Although given an opportunity to do so, the plaintiff has not objected to the motions. Accordingly, it is hereby

ORDERED that the motions are GRANTED. The defendants shall file their Amended Answers on or before August 25, 2006.

DONE this 22nd day of August, 2006.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE