IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY JOE NASS, individually and ) | |
| as next fried of MADISON NASS, a ) | |
| minor and MASON NASS, a minor, ) | |
| and as Administrator of the Estate of ) | |
| ELIZABETH MABRY NASS, deceased, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| ) | CASE NO. 1:06CV238WKW |
| ) | |
| FRANK MORTON LANGDON, III, ) | |
| and NATIONWIDE MUTUAL FIRE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|     Defendants. ) | |

**JOINT MOTION FOR HEARING TO APPROVE SETTLEMENT**

       COME NOW the Plaintiffs and Defendant, by and through their counsel of record, and

advise the Court that the parties have reached a settlement in mediation. Since this case involves

minors, the parties request a hearing to approve the settlement as to the minors. The parties request

the Court to schedule said hearing at its earliest convenience so that this matter may be concluded.


                               /s/ John A. Henig

                              JOHN A. HENIG
                              Attorney for Plaintiffs

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL
P.O. Box 347
Montgomery, Alabama 36101-0347
Ph. 334-834-1180

_____/s/ R.  Rainer Cotter, III_____
R. RAINER COTTER, III (ASB-4925-E49R)
Attorney for Defendant

OF COUNSEL:
MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331
Ph. 334-347-2626
Fax 334-393-1396
email: rrc@enterpriselawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Randall Morgan, P.O. Box 116, Montgomery, Alabama 36101-0116, by placing said copy in the U.S. Mail, postage prepaid and properly addressed this 18th day of December, 2006.

_____/s/ R.  Rainer Cotter, III_____

OF COUNSEL for Defendant