IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 DEC 19 P 4:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RANDY JOE NASS, individually and as next friend of M. N., a minor and M.N., a minor and as Administrator of the Estate of ELIZABETH MABRY NASS, deceased,<br><br>    PLAINTIFFS,<br>vs.<br><br>FRANK MORTON LANGDON, III, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>    DEFENDANTS. | CASE NO. 1:06cv-00238-WKW-VPM |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiffs and the Defendant Nationwide Mutual Fire Insurance Company and herewith agree and stipulate that Nationwide Mutual Fire Insurance Company is to be dismissed with prejudice with each party to bear his, her or its own cost. The parties request the Court to enter an Order dismissing Nationwide Mutual Fire Insurance Company with prejudice.

_____
JOHN ALEC HENIG, JR. (HEN-74J)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL:
COPELAND, FRANCO, SCREWS & GILL
P O Box 347
Montgomery, AL 36101-0347

1

_____
RANDALL MORGAN [8350R70R]
ATTORNEY FOR DEFENDANT NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY

OF COUNSEL:
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - FAX

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was duly served this the 19 day of December, 2006, upon all parties via email and/or U. S. Mail through the CM/ECF U.S. Federal Court system as follows:

R. Rainer Cotter, III, Esq.
Marsh, Cotter & Tindol, LLP
P O Box 310910
Enterprise, AL 36331-0910

Robert D. Segall, Esq.
Copeland, Franco, Screws & Gill
P O Box 347
Montgomery, AL 36101-0347

_____
OF COUNSEL