IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY JOE NASS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-238-WKW |
| ) | (WO) |
| FRANK MORTON LANGDON, III, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Stipulation for Dismissal With Prejudice filed by the parties on December 19, 2006 (Doc. # 23), it is hereby

ORDERED that Plaintiffs' claims against Nationwide Mutual Fire Insurance Company are DISMISSED with prejudice and Nationwide Mutual Fire Insurance Company is dismissed as a defendant from the above-styled lawsuit. Each party is to bear his or her own costs.

DONE this 21st day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE