IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY JOE NASS, individually and as next fried of MADISON NASS, a minor and MASON NASS, a minor, and as Administrator of the Estate of ELIZABETH MABRY NASS, deceased, <br><br> Plaintiffs, <br><br> <br><br>FRANK MORTON LANGDON, III, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:06CV238WKW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiffs and Defendant, by and through their counsel of record, and request the Court to Dismiss the above styled cause with prejudice with each party to bear their own costs.

_____
JOHN A. HENIG
Attorney for Plaintiffs

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL
P.O. Box 347
Montgomery, Alabama 36101-0347
Ph. 334-834-1180

_____
R. RAINER COTTER, III (ASB-4925-E49R)
Attorney for Defendant

OF COUNSEL:
MARSH, COTTER & STEWART, LLP
P.O. Box 310910
Enterprise, Alabama 36331
Ph. 334-347-2626
Fax 334-393-1396
email: rrc@enterpriselawyers.com