**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. KEITH WATKINS JUDGE                                AT MONTGOMERY, ALABAMA

DATE COMMENCED   JANUARY 17, 2007                       AT 3:00 A.M./P.M.

DATE COMPLETED   JANUARY 17, 2007                       AT 3:14 A.M./P.M.

RANDY JOE NASS, ET AL.              )
         Plaintiff                  )
                                    )         Civil Action No.
vs.                                 )
                                    )         1:06cv238-WKW
FRANK MORTON LANGDON, III           )
         Defendant                  )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty. John Henig, Jr. | X | Atty. Rainer Cotter, III |
| Atty. Robert Pittman | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy | Jerusha Adams | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

PRO AMI HEARING

3:00 pm   Hearing commenced. Parties stipulation of facts.
          Defendant's evidence submitted in support of plaintiffs'
          injuries.
          Order to issue approving settlement.
3:14 pm   Hearing concluded.