| Defendant's EXHIBITS Pro Ami Hearing - 1/17/07 | | | | | Randy Joe Nass<br>v<br>Frank Morton Langdon, III<br>Civil Action No. 1:06cv238-WKW | | |
|---|---|---|---|---|---|---|---|
| | | | | | JUDGE KEITH WATKINS<br>Risa Entrekin, Court Reporter | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| Yes | 1/17/07 | 1/17/07 | 1 | | | Letters of Administration | |
| Yes | 1/17/07 | 1/17/07 | 2 | | | Medical Records of Mason Nass | |
| Yes | 1/17/07 | 1/17/07 | 3 | | | Medical Records of Madison Nass | |